UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.B.,

                              Petitioner,

                  -against-

Paul Arteta, *et al.*,

                              Respondents.

26-CV-01428

ORDER

ANDREW L. CARTER, JR., United States District Judge:

Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The

Court, having examined the Petition, and in its capacity as Part I Judge, determines that an

immediate order is necessary to preserve the Court's jurisdiction pending assignment of the case

to a judge of this Court.

Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition,

**Petitioner shall not be removed from the United States absent further order of this Court**.

*See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025)

(citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644, 2025

WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin

immigration authorities from deporting individuals if it preserves the court's jurisdiction over a

case or cases.").

Moreover, in light of Petitioner's interests in participating in further proceedings before

this Court and to facilitate resolution of the Petition, **Respondents shall not transfer Petitioner**

**except to a facility within this District, the Eastern District of New York, or the District of**

**New Jersey absent further order of this Court.**  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-

4828, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's

1

transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

This order will remain in effect unless and until it is vacated or modified by the judge who is assigned to this action. The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorneys Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

**SO ORDERED.**

Dated:    February 19, 2026
          New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

Part I

2