UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                     :
K.B.,                               :

               Petitioner,      :     26-CV-01428 (JAV)

       -v-                        :     <u>MEMORANDUM
                                     OPINION AND ORDER</u>
PAUL ARTETA, et al.,         :

               Respondents.   :
------------------------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

      Petitioner filed a Petition for the writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1 ("Petition" or "Pet."). The Court, in its capacity as Part I Judge, ordered that Petitioner not be removed from the country nor transferred beyond a facility in this District, the Eastern District of New York, or the District of New Jersey. ECF No. 3. The Court also directed Respondents to file a letter setting forth, in relevant part, whether Petitioner was, as alleged, detained in this District at the time the Petition was filed; if the government's asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Mcdonald v. Francis et al.*, No. 25-CV-09355 (JAV), 2025 WL 3295906 (S.D.N.Y. Nov. 26, 2025); and if this case is materially indistinguishable from *Mcdonald*, whether Respondents would consent to issuance of the writ, subject to preservation of Respondents' arguments for appeal. ECF No. 5.

Respondents filed the requested letter today, confirming Petitioner was detained in this District at the time of filing and that the instant case is not materially distinguishable from *Mcdonald*. ECF No. 11 at 2. Specifically, Respondents report that Petitioner, a citizen of the Dominican Republic, unlawfully entered the United States on August 24, 2022, and two days later was apprehended by immigration authorities near the border. *Id*. He was served with a Notice to Appear ("NTA"), charging him as inadmissible under 8 U.S.C. § 1182(a)(6)(A)(i), and released on an Order of Recognizance (Form I-220A). *Id*. Respondents report that Immigration and Customs Enforcement ("ICE") "arrested Petitioner on October 23, 2025, at a dwelling in the Bronx, and he is currently detained pursuant to 8 U.S.C. § 1225(b)(2)(A)." *Id*. He has no final order of removal and a special masters hearing scheduled for February 27, 2026, to address the government's motion to pretermit his application for relief. *Id*. at 2-3.

The Government concedes that the "Court resolved this identical issue in *McDonald*," concerning whether the statutory authority for the petitioner's detention is 8 U.S.C. § 1226(a), as petitioner argues, or 8 U.S.C. § 1225(b)(2)(A), as ICE argues. *Id*. at 2. For the reasons previously set forth in *Mcdonald*, the Court holds that Section 1225(b)(2)(A) does not govern, and that Respondents violated Petitioner's due process rights in exercising its discretionary authority to detain Petitioner under Section 1226(a). Accordingly, the Petition is GRANTED.

The Court ORDERS Respondents to immediately release Petitioner from custody and to certify compliance with this order by 5:00 p.m. on February 25, 2026.

Petitioner's release shall be without any physical or electronic monitoring device or restraint under the immigration laws of the United States, pending a final determination in his removal proceedings.  *See, e.g.*, *Chen v. Almodovar*, No. 26 CIV. 291 (GBD), 2026 WL 172883, at *4 (S.D.N.Y. Jan. 22, 2026); *M.K. v. Arteta*, No. 25-CV-9918 (LAK), 2025 WL 3720779, at *9 (S.D.N.Y. Dec. 23, 2025); *Barco Mercado v. Francis*, No. 25-CV-6582 (LAK), 2025 WL 3295903, at *13 (S.D.N.Y. Nov. 26, 2025).  All conferences are adjourned *sine die.*

Petitioner seeks an award of attorney's fees and costs pursuant to the Equal Access to Justice Act.  Pet. at 37.  The parties shall meet and confer with respect to this request.  If the parties are unable to reach a resolution, Petitioner shall file a motion in support of its application by March 27, 2026, Respondent shall file its opposition papers by April 17, 2026, and Petitioner shall file its reply brief by April 24, 2026.

SO ORDERED.

Dated: February 24, 2026
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge, Part I