**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
K. B.,

                Petitioner,

                -against-

PAUL ARTETA, et al.,

                Respondents.
----------------------------------------------------------------X

26 **CIVIL** 1428 (JAV)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 24, 2026, the Petition is GRANTED.

**Dated**: New York, New York
       March 4, 2026

                         **TAMMI M. HELLWIG**
                                  _____
                               **Clerk of Court**

               **BY:**
                                 _____
                                 **Deputy Clerk**